UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
JAMES MANNING,                                               :
                                      Plaintiff,             :
             -against-                                       :   23 Civ. 2352 (LGS)
                                                             :
CITY OF NEW YORK, et al.,                                    :   **ORDER**
                                      Defendants.            :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties convened for an initial pretrial conference on June 7, 2023. It is hereby

**ORDERED** that by **June 23, 2023**, City and non-City Defendants shall jointly file a motion to dismiss limited to the argument that Plaintiff's claims are barred by the statute of limitations. This limitation is without prejudice to future arguments that Defendants may raise on a motion for judgment on the pleadings. Plaintiff shall file a response by **July 14, 2023**. Defendants shall file a reply by **July 26, 2023**. All filings shall comply with this Court's Individual Rules, including page limits. It is further

**ORDERED** that discovery in this matter is stayed pending the Court's ruling on Defendants' motion to dismiss.

Dated: June 7, 2023
       New York, New York

                                                    _____
                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**