UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                                              :
JAMES MANNING,                                         :
                                     Plaintiff,   :
                -against-                         :          23 Civ. 2352 (LGS)
                                                                   :
CITY OF NEW YORK, et al.,                 :          **ORDER**
                                      Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on June 23, 2023, Defendants filed a joint motion to dismiss, arguing that Plaintiff's claims are barred by the statute of limitations. That motion was fully briefed as of July 26, 2023. It is hereby

       **ORDERED** that Defendants' motion to dismiss based on the statute of limitations is DENIED without prejudice to renewal. The Court is required to determine first whether it has subject matter jurisdiction. *See Corbett v. Hochul*, No. 22-3210-CV, 2023 WL 7538202, at *2 (2d Cir. Nov. 14, 2023) (summary order). The Court has an independent duty to assure itself of the existence of subject matter jurisdiction. *Id.* at *1. Defendants have outlined their arguments that the case should be dismissed for lack of subject matter jurisdiction in their pre-motion letters at Dkt. Nos. 30 and 32. Plaintiff may submit a letter brief in response no later than **January 5, 2024**, stating why the case should not be dismissed for lack of subject matter jurisdiction. It is further

       **ORDERED** that Defendants serve a copy of this Order on Plaintiff no later than **December 12, 2023**, and file proof of service on the docket.

       The Clerk of Court is respectfully directed to close the motion at Dkt. No. 50.

Dated: December 6, 2023
       New York, New York

                                                                          LORNA G. SCHOFIELD
                                                                    UNITED STATES DISTRICT JUDGE