UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JAMES MANNING,                                              :
                                  Plaintiff,                :
                                                            :         23 Civ. 2352 (LGS)
              -against-                                     :
                                                            :              ORDER
CITY OF NEW YORK, et al.                                    :
                                  Defendants.               :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS Plaintiff has filed an action seeking a temporary restraining order, *Manning v. City of New York, et al.*, No. 24 Civ. 4747.  That case is deemed to be related to this action and is now pending before this Court.  It is hereby

**ORDERED** that Defendants are directed to review the docket of the related case.

DATED:   June 24, 2024
         New York, New York

                                           _____
                                           **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**