**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
JAMES MANNING,

                       Plaintiff,

      -against-

CITY OF NEW YORK, et al.,

                    Defendant.
------------------------------------------------------------------------X

23 **CIVIL** 2352 (LGS)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated July 19, 2024, Defendants' motion to dismiss is GRANTED without prejudice to seeking further relief in state court, to the extent that relief is available. Leave to amend is denied because the Court's lack of jurisdiction cannot be remedied with an amended pleading. To the extent that the Complaint, read as broadly as possible, could be interpreted as seeking injunctive relief, that request is rejected for the same reasons as discussed in the related case; accordingly, the case is closed.

**Dated:**  New York, New York

      July 22, 2024

                                        **DANIEL ORTIZ**

                                        _____

                                      **Acting Clerk of Court**

                    **BY:**     _____

                                          **Deputy Clerk**